**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROLAND J. PARKER**                                                                     **PLAINTIFF**

**v.**                                   **Case No. 4:14-cv-00366-KGB**

**AT&T MOBILITY, LLC**
**and ERIC FIELDS**                                                         **DEFENDANTS**

**ORDER**

Defendants AT&T Mobility, LLC and Eric Fields have filed their motion to dismiss (Dkt. No. 8). Defendants' motion states that the parties have reached a settlement and requests dismissal with prejudice of plaintiff Roland J. Parker's claims. Defendants attach to their motion what they describe as an "exemplar" motion to dismiss that defendants represent Mr. Parker, who is proceeding *pro se*, executed in connection with the signing of the settlement agreement in this matter. Mr. Parker's attached motion confirms that the parties have reached an agreement to settle this matter and requests that the Court dismiss his complaint and amendments with prejudice.

For good cause shown, the Court grants the motion and dismisses Mr. Parker's claims with prejudice.

SO ORDERED this the 8th day of October, 2014.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge